# Order

**Supreme Court**
**Lansing, Michigan**

September 21, 2005

127018(74)

DIANE CAMERON and JAMES CAMERON,
Co-Guardians of the Estate of Daniel Cameron,
     Plaintiffs-Appellants,

v

AUTO CLUB INSURANCE ASSOCIATION,
     Defendant-Appellee.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 127018
COA: 248315
Washtenaw CC: 02-000549-NF

_____/

On order of the Court, defendant's motion to consolidate this case with *Bearden v Auto Club Insurance Association* (Docket Nos. 127676-7), and *Palarchio v Auto Club Insurance Association* (Docket No. 128622), is considered, and it is DENIED.



I, CORBIN R. DAVIS, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 21, 2005

Clerk

p0914